PETTY v. ASSOCIATED TRANSPORT

No. 59 PC.

Case below: 4 N.C. App. 361.

Petition for writ of *certiorari* to North Carolina Court of Appeals allowed 11 July 1969.

STATE v. BATTLE

No. 4 PC.

Case below: 4 N.C. App. 588.

Petition for writ of *certiorari* to North Carolina Court of Appeals denied 10 July 1969.

STATE v. BLOUNT

No. 77 PC.

Case below: 4 N.C. App. 561.

Petition for writ of *certiorari* to North Carolina Court of Appeals denied 23 June 1969.

STATE v. GASTON

No. 79 PC.

Case below: 4 N.C. App. 575.

Petition for writ of *certiorari* to North Carolina Court of Appeals denied 10 July 1969.

STATE v. HORTON

No. 7 PC.

Case below: 5 N.C. App. 141.

Petition for writ of *certiorari* to North Carolina Court of Appeals allowed 11 July 1969.

STATE v. LEDBETTER

No. 57 PC.

Case below: 4 N.C. App. 303.

Petition for writ of *certiorari* to North Carolina Court of Appeals denied 18 June 1969.